IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GARMIN INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-2080-JWL-GLR |
| ) | |
| PIONEER CORPORATION and ) | |
| PIONEER ELECTRONICS (USA), INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF GARMIN'S UOPPOSED MOTION
TO MODIFY THE SCHEDULING ORDER**

Pursuant to D. Kan. Rule 7.1, Plaintiff Garmin International, Inc. ("Garmin"), hereby moves for modification of the Scheduling Order. Garmin requests that the Court modify the first sentence of paragraph 2(l) of the Scheduling Order to read, "Each party's total 30(b)(6) deposition time shall be limited to 14 hours for plaintiff and 14 hours for defendants."

In support of this motion, Garmin states as follows:

1. Paragraph 2(l) of the Scheduling Order sets time limits for depositions in this case and currently reads as follows:

> Each deposition shall be limited to 14 hours for plaintiff and 14 hours for defendants. Each deposition, other than those depositions taken outside of the United States, governed by the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, and/or require the use of a translator, shall be limited to one day of 7 hours as set forth in Fed. R. Civ. P. 30(d)(1). Those depositions requiring the use of a translator shall be limited to 2 days for a total of 10 hours. To the extent 30(b)(6) depositions involve translated testimony, the parties agree to confer regarding reasonable extensions of the 14 hour time limit for 30(b)(6) depositions noted above. All depositions shall be governed by the written guidelines that are available on the court's Internet website, *(http://www.ksd.uscourts.gov/guidelines/depoguidelines.pdf)*.

2. Garmin proposes modifying the first sentence of paragraph 2(l) of the Scheduling Oder to read as follows:

Each party's total 30(b)(6) deposition time shall be limited to 14 hours for plaintiff and 14 hours for defendants.

3. Counsel for Plaintiff Garmin has been in contact with counsel for Defendants Pioneer Corporation and Pioneer Electronics (USA), Inc. (jointly "Pioneer") regarding Paragraph 2(l) of the Scheduling Order and Pioneer does not oppose the proposed language.

4. This request is not submitted for any improper purpose and neither party will be prejudiced by the Court granting this motion. Furthermore, the resolution of this case will not be delayed by such an order.

WHEREFORE, Plaintiff Garmin requests that the Court grant its proposed motion to modify paragraph 2(l) of the Scheduling Order. A proposed order is attached.

DATED: March 2, 2011

By:    /s/ Adam P. Seitz
B. Trent Webb (KS Bar No. 15965)
  Email: bwebb@shb.com
Eric A. Buresh (KS Bar No. 19895)
  Email: eburesh@shb.com
Adam P. Seitz (KS Bar No. 21059)
  Email: aseitz@shb.com
Jason R. Mudd (D. Kan 78267)
  Email: jmudd@shb.com
Abran J. Kean
  Email: akean@shb.com
Aaron E. Hankel
  Email: ahankel@shb.com
**SHOOK, HARDY & BACON, LLP**
2555 Grand Blvd.
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorneys For Plaintiff*
*Garmin International, Inc.*

4374999 v1