# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GARMIN INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 10-CV-2080-JWL-GLR |
| ) | |
| PIONEER CORPORATION and ) | |
| PIONEER ELECTRONICS (USA), INC., ) | |
| ) | |
| Defendants. ) | |

### SECOND JOINT MOTION FOR EXTENSIONS OF TIME
### TO FILE CONFIDENTIAL SETTLEMENT REPORTS AND
### TO COMPLETE MEDIATION/ADR PROCESS

Pursuant to D. Kan. Rules 6.1(a) and (c), Plaintiff Garmin International, Inc. ("Garmin") and Defendants Pioneer Corporation and Pioneer Electronics (USA), Inc. (collectively "Pioneer") hereby jointly move for extensions of time to file their respective Confidential Settlement Reports and to complete mediation or another Alternative Dispute Resolution (ADR) process. This is the second extension sought by the parties regarding these matters. The parties request an extension to and including April 22, 2011 for the filing of Confidential Settlement Reports, and the parties request an extension to and including May 20, 2011 to participate in mediation or another ADR process and to complete that process.

In support of this motion, the parties state as follows:

1. This Court's Order of March 1, 2011 (D.I. 38) granted the parties' prior joint motion for an extension in this matter (D.I. 36) and set the date for submitting Confidential Settlement Reports, and for identifying an agreed-upon mediator or other ADR neutral evaluator, to the magistrate judge for April 4, 2011.

2

2. The parties have been engaged in good faith negotiations and plan to engage in further discussions in April 2011. These discussions were hampered by recent events in Japan having nothing to do with this litigation, but they will continue in the near future.

3. The parties also note that the U.S. International Trade Commission ("the Commission") set a target date for completing its investigation of unfair trade practices involving the same patents as those asserted in this action, and the same parties as in this action (except for one additional Garmin entity), of April 16, 2011.

4. The parties request an extension of time to file Confidential Settlement Reports until April 22, 2011. The requested extension will provide the Court with the most accurate settlement information and facilitate existing settlement discussions.

5. This Court's Order of March 1, 2011 (D.I. 38) also set the date for completing mediation, or another ADR process, for April 18, 2011.

6. The parties request an extension of time to complete mediation, or another ADR process, until May 20, 2011. The requested extension will provide the mediator or other neutral evaluator with the most accurate settlement information and allow for consideration of the Commission's decision in the ITC investigation, thereby facilitating settlement discussions.

7. This is the second request for extension of time regarding the Confidential Settlement Reports and completion of mediation/ADR. The request is not submitted for any improper purpose and the parties stipulate that neither party will be prejudiced by the Court granting this motion. Furthermore, the resolution of this case will not be delayed by such an order.

CC 2340197v1

WHEREFORE, Garmin and Pioneer respectfully request that the Court grant extensions of time for filing the Confidential Settlement Reports until April 22, 2011, and for completing the mediation or other ADR process by May 20, 2011.

Stipulated and consented to this 1st day of April, 2011 by:

| | |
|---|---|
| s/ Abran J. Kean | s/ Travis W. McCallon |
| B. Trent Webb            KS #15965 | David V. Clark            KS #70014 |
| Eric A. Buresh           KS #19895 | Travis W. McCallon    KS #21926 |
| Adam P. Seitz            KS #21059 | LATHROP & GAGE LLP |
| Abran J. Kean | 2345 Grand Boulevard, Suite 2200 |
| SHOOK, HARDY & BACON, L.L.P. | Kansas City, Missouri 64108-2618 |
| 2555 Grand Boulevard | Tel: (816) 292-2000   Fax: (816) 292-2001 |
| Kansas City, Missouri 64108 | dclark@lathropgage.com |
| Tel: (816) 474-6550  Fax: (816) 421-5547 | tmccallon@lathropgage.com |
| bwebb@shb.com | |
| eburesh@shb.com | Smith R. Brittingham, IV    *Pro Hac Vice* |
| aseitz@shb.com | Eric J. Fues                         *Pro Hac Vice* |
| akean@shb.com | Akira Irie                           *Pro Hac Vice* |
| | FINNEGAN, HENDERSON, FARABOW, |
| | GARRETT & DUNNER, L.L.P. |
| | 901 New York Avenue, N.W. |
| | Washington, DC  20001 |
| | Tel: (202) 408-4000    Fax: (202) 408-4400 |
| | Smith.Brittingham@finnegan.com |
| | Eric.Fues@finnegan.com |
| | Akira.Irie@finnegan.com |
| | |
| | William B. Dyer III         *Pro Hac Vice* |
| | Anita Bhushan              *Pro Hac Vice* |
| | Nathan A. Sloan           *Pro Hac Vice* |
| | FINNEGAN, HENDERSON, FARABOW, |
| | GARRETT & DUNNER, L.L.P. |
| | 303 Peachtree St., NE, Suite 3500 |
| | Atlanta, GA 30308 |
| | Tel: (404) 653-6400    Fax: (404) 653-6444 |
| | William.Dyer@finnegan.com |
| | Anita.Bhushan@finnegan.com |
| | Nathan.Sloan@finnegan.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *Garmin International, Inc.* | *Pioneer Corporation and* |
| | *Pioneer Electronics (USA), Inc.* |

CC 2340197v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 1, 2011, I caused the above and foregoing to be electronically filed with the Clerk of the Court, District of Kansas, using the CM/ECF system which will send a notice of filing to:

        B. Trent Webb       bwebb@shb.com
        Eric A. Buresh      eburesh@shb.com
        Adam P. Seitz       aseitz@shb.com
        Abran J. Kean      akean@shb.com
        SHOOK, HARDY & BACON, L.L.P.
        2555 Grand Boulevard
        Kansas City, Missouri 64108
        Telephone: 816.474.6550
        Facsimile: 816.421.5547

        *Attorneys for Plaintiff Garmin International, Inc.*

                                s/ Travis W. McCallon
                                *An Attorney for Defendants*
                                *Pioneer Corporation and*
                                *Pioneer Electronics (USA), Inc.*

CC 2340197v1