IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GARMIN INTERNATIONAL, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-CV-2080 JWL/GLR |
| ) | |
| PIONEER CORPORATION and ) | |
| PIONEER ELECTRONICS (USA), INC. ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR EXTENSIONS OF TIME
TO FILE MARKMAN BRIEFS AND TO CONDUCT
DEPOSITIONS OF CLAIM CONSTRUCTION EXPERTS**

Pursuant to D. Kan. Rules 6.1(a) and (c), Plaintiff Garmin International, Inc. ("Garmin") and Defendants Pioneer Corporation and Pioneer Electronics (USA), Inc. (collectively "Pioneer") hereby jointly move for extensions of time to file their respective opening and responsive claim construction briefs and to complete depositions of claim construction experts. The parties jointly request an extension to and including June 22, 2011, for the parties to file opening *Markman* briefs, an extension to and including July 1, 2011, for depositions of claim construction experts, and an extension to and including July 13, 2011, for the parties to file responsive claim construction briefs.

In support of this motion, the parties state as follows:

1. The United States International Trade Commission (the "Commission") is presently conducting an investigation involving the same patents as those asserted in this action, and the same parties as in this action, with the exception of one additional Garmin entity.

1

2. The Commission set a target date for completing its investigation of April 16, 2011. The ruling to be received by the Commission will include a construction of the disputed terms and phrases that are also at dispute in the present case.

3. This Court's Scheduling Order of December 21, 2010 (D.I. 24) set the dates for *Markman* briefing and claim construction depositions shortly after the Commission's target date for completing its review. Specifically, the Scheduling Order provides deadlines of May 10, 2011, for the parties to file opening *Markman* briefs, May 23, 2011, for the parties to depose claim construction experts, and May 30, 2011, for the parties to file responsive *Markman* briefs. The parties anticipate providing the Court with the Commission's ruling on the construction of the asserted claims and, as such, suggested the *Markman* briefing schedule in this case to coincide with the ruling from the Commission.

4. On April 18, 2011, the parties received notice from the ITC that the Commission was extending the target date to June 17, 2011. *See* Ex. A, ITC Notice. Given this extension, the parties will not have the Commission's ruling on claim construction until after the parties have submitted the *Markman* briefs in this case. Such a schedule may lead to supplemental briefing in the current case after the Commission's ruling is received.

5. The parties wish to avoid burdening the Court with supplemental briefing and/or additional filings on *Markman* issues and, therefore, respectfully request an extension of time to file *Markman* briefing and for depositions of claim construction experts to coincide with this new target date from the Commission. Specifically, the parties request an extension of time until June 22, 2011, for the parties to file opening

*Markman* briefs, July 1, 2011, for the parties to depose claim construction experts, and July 13, 2011, for the parties to file responsive *Markman* briefs.

6. The requested extension will provide the parties with the time to review the Commission's conclusion of its investigation before presenting claim construction arguments to this Court. The request is not submitted for any improper purpose and the parties stipulate that neither party will be prejudiced by the Court granting this motion. Furthermore, the resolution of this case will not be delayed by such an order.

WHEREFORE, for good cause shown, Garmin and Pioneer respectfully request that the Court grant extensions of time until June 22, 2011, for the parties to file opening *Markman* briefs, July 1, 2011, for the parties to depose claim construction experts, and July 13, 2011, for the parties to file responsive *Markman* briefs.

Stipulated and consented this 3rd day of May, 2011 by:

| /s/ Adam P. Seitz | /s/ William B. Dyer III |
|---|---|
| B. Trent Webb (KS Bar No. 15965)  Email: bwebb@shb.com  Eric A. Buresh (KS Bar No. 19895)  Email: eburesh@shb.com  Adam P. Seitz (KS Bar No. 21059)  Email: aseitz@shb.com  Jason R. Mudd (D.Kan. No. 78267)  Email: jmudd@shb.com  Abran J. Kean (D. Kan. No.  **SHOOK, HARDY & BACON, LLP**  2555 Grand Boulevard  Kansas City, MO  64108-2613  Telephone: (816) 474-6550  *Attorneys For Garmin* | William B. Dyer III  Email: william.dyer@finnegan.com  Nathan A. Sloan  Email: nathan.sloan@finnegan.com  Anita Bhushan  Email: anita.bhushan@finnegan.com  **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**  303 Peachtree Street, NE, Suite 3500  Atlanta, Georgia 30308-3263  Telephone: (404) 653-6470  Smith R. Brittingham IV  Email: smith.brittingham@finnegan.com  Eric J. Fues  Email: eric.fues@finnegan.com  Akira Irie  Email: akira.irie@finnegan.com  **FINNEGAN, HENDERSON, FARABOW,** |

3

4480966 v1

4

**GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 408-4000


David V. Clark
  Email: dclark@lathropgage.com
Travis W. McCallon
  Email: tmccallon@lathropgage.com
**LATHROP & GAGE LLP**
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Facsimile: (816) 292-2001
*Attorneys For Pioneer*

4

4480966 v1