**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| GARMIN INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-2080-JWL-GLR |
| ) | |
| PIONEER CORPORATION and ) | |
| PIONEER ELECTRONICS (USA), INC., ) | |
| ) | |
| Defendants. ) | |

**GARMIN'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE A MOTION TO COMPEL RESPONSIVE DISCOVERY**

Pursuant to D. Kan. Rules 6.1(a), Garmin International, Inc. ("Garmin") hereby moves for an unopposed extension of time to file a motion to compel certain discovery from Pioneer. In support of this motion, Garmin states:

1. On February 14, Garmin served its Second Set of Requests for Production and Third Set of Interrogatories to the Pioneer defendants. (*See* Doc. No. 34). Pioneer timely served its responses, including objections, on March 21, 2011. (*See* Doc. No. 48).

2. The parties have been engaged in good faith negotiations regarding the substance of Pioneer's answers to Garmin's ongoing discovery requests, including discovery into Pioneer's claim for money damages. In particular, the parties have exchanged discovery letters and met and conferred regarding the substance of Pioneer's answers on several occasions.

3. Based on these negotiations, including the representations of Pioneer's counsel, Garmin was expecting a substantially complete production from Pioneer by early May. (*See* Doc. No. 61 at ¶ 3). Pioneer has since stated that its production of these materials is complete and Garmin's review is on-going.

1

4. However, pursuant to Fed. R. Civ. P. 6(d) and D. Kan. Rule 37.1(b), and the Court's April 27, 2011, order (Doc. No. 62), Garmin's deadline to move to compel is May 25, 2011. But given Pioneer's representations on this issue, Garmin remains hopeful that a motion to compel will not be necessary.

5. Additionally, on March 18, Garmin served its First Set of Requests for Admission. (*See* Doc. No. 47). Pioneer timely served its responses, including objections, on April 20, 2011. (*See* Doc. No. 60). Garmin intends to discuss Pioneer's April 20 responses in due course (along with Pioneer's responses to Garmin's second set of requests for admissions, *see* Doc. No. 68). Depending on the substance of these discussions, Garmin may or may not need to file a motion to compel on these discovery items.

6. However, pursuant to Fed. R. Civ. P. 6(d) and D. Kan. Rule 37.1(b), Garmin's deadline to move to compel is May 23, 2011. Once again, Garmin remains hopeful that a motion to compel will not be necessary.

7. Garmin has consulted with counsel for Pioneer about the substance of this motion and Pioneer does not oppose the requested extension.

8. Only one prior extension has been granted on this discovery, as noted above.

9. Because many of Pioneer's documents will likely be in Japanese, Garmin again requests a 30-day extension to accommodate potential translation delays.

WHEREFORE, Garmin requests that the Court grant an extension of time to and including June 27, 2011, to file a motion to compel for Second Set of Requests for Production, Third Set of Interrogatories, and First Set of Requests for Admission. (*See* Doc. Nos. 34 and 47). A proposed order will be sent, via email, to the Judge's chambers.

Dated:  May 23, 2011  By:  /s/ Adam P. Seitz
B. Trent Webb (KS Bar No. 15965)
  Email: bwebb@shb.com
Eric A. Buresh (KS Bar No. 19895)
  Email: eburesh@shb.com
Adam P. Seitz (KS Bar No. 21059)
  Email: aseitz@shb.com
Jason R. Mudd (D.Kan. No. 78267)
  Email: jmudd@shb.com
Abran J. Kean (D.Kan. No. 78266)
  Email: akean@shb.com
**SHOOK, HARDY & BACON, LLP**
2555 Grand Blvd.
Kansas City, MO  64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorneys For Plaintiff*
*Garmin International, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 23, 2011, a copy of the foregoing document was served upon the following individuals, as indicated below:

| | |
|---|---|
| Smith R. Brittingham IV<br>  Email: smith.brittingham@finnegan.com<br>         pioneer-kansas@finnegan.com<br>Eric J. Fues<br>  Email: eric.fues@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>  **GARRETT & DUNNER, LLP**<br>901 New York Avenue, N.W.<br>Washington, DC 20001<br>Telephone: (202) 408-4000<br><br>*Attorneys For Defendants Pioneer Corporation and Pioneer Electronics (USA), Inc.* | ☒ Via ECF<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile<br>☐ Via Electronic Mail<br>☐ Not Applicable |
| David V. Clark<br>  Email: dclark@lathropgage.com<br>Travis W. McCallon<br>  Email: tmccallon@lathropgage.com<br>**LATHROP & GAGE LLP**<br>2345 Grand Boulevard, Suite 2200<br>Kansas City, Missouri 64108-2618<br>Telephone: (816) 292-2000<br>Facsimile: (816) 292-2001<br><br>*Attorneys For Defendants Pioneer Corporation and Pioneer Electronics (USA), Inc.* | ☒ Via ECF<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile<br>☐ Via Electronic Mail<br>☐ Not Applicable |

  /s/ Aaron Hankel  
**SHOOK, HARDY & BACON, LLP**
2555 Grand Blvd.
Kansas City, MO  64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547