IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GARMIN INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-2080-JWL-GLR |
| ) | |
| PIONEER CORPORATION and ) | |
| PIONEER ELECTRONICS (USA), INC., ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO STAY PENDING FINAL RESOLUTION AND APPEAL
OF RELATED MATTER BEFORE U.S. INTERNATIONAL TRADE COMMISSION**

Plaintiff Garmin International, Inc. ("Garmin"), and Defendants Pioneer Corporation and Pioneer Electronics (USA), Inc. (collectively, "Pioneer"), hereby jointly move for an order staying this action, until all appeals to the United States Court of Appeals for the Federal Circuit regarding claim construction issues are exhausted, regarding the final determination of the United States International Trade Commission ("the Commission") in *Certain Multimedia Display And Navigation Devices And Systems*, Inv. No. 337-TA-694 (U.S.I.T.C.) ("the '694 investigation"). In support of this motion, the parties respectfully state:

1. As the Court observed during its recent telephonic conference with the parties on May 18, 2011, notwithstanding the absence of a preclusive effect, significant judicial economy and cost savings to the parties can be obtained from staying this action until the Federal Circuit has passed judgment on the final claim constructions that are ultimately adopted by the Commission in the '694 investigation, which involves substantially similar disputes to those in this case.

1

2. Since the May 18 teleconference, the parties have discussed the benefits of a stay and have mutually agreed that significant judicial economy and potential cost savings can be achieved through a stay.

3. By way of background, on November 13, 2009, Pioneer filed a complaint against Garmin with the Commission accusing Garmin's "portable GPS navigation systems" of infringing U.S. Patent Nos. 5,365,448 ("the '448 patent"), 5,424,951 ("the '951 patent"), and 6,122,592 ("the '592 patent") (collectively, "the Asserted Patents") and seeking an order excluding the importation of these products.

4. In response, the Commission initiated Investigation No. 337-TA-694 against Garmin on December 16, 2009, and after completion of fact and expert discovery, a trial was held before Administrative Law Judge Carl C. Charneski at the Commission from September 13-21, 2010.

5. Following post-trial briefing on claim construction, infringement, and validity issues, ALJ Charneski issued an initial determination on December 16, 2010 construing the claims and finding that Garmin had not infringed the Asserted Patents. ALJ Charneski also found that Garmin had not shown any of the Asserted Patents to be invalid, and that Pioneer had established a domestic industry.

6. Pioneer petitioned the Commission to review certain claim construction and noninfringement issues concerning the '951 and '592 patents. While disagreeing with ALJ Charneski's rulings as to the '448 patent, Pioneer did not petition for review regarding this patent.

7. Garmin filed a contingent petition for review regarding the validity of the '592 patent and ALJ Charneski's domestic industry determination.

8. On February 23, 2011, the Commission determined to review the ALJ's initial determination in part as to the issues of claim construction and noninfringement of the '951 and '592 patents, validity of the '592 patent, and whether Pioneer had established a domestic industry.

9. The parties have filed initial and supplemental briefing in response to written questions propounded by the Commission and currently expect a final determination from the Commission on June 17, 2011.  Following a final determination from the Commission, an appeal to the Federal Circuit is anticipated and highly likely.

10. "A district court has the inherent power to stay its proceedings." *Associated Wholesale Grocers, Inc. v. United Egg Producers*, 2011 WL 1113546, at *1 (D. Kan. Mar. 24, 2011) (citing *Landis v. N. Am. Co.*, 299 U.S. 249, 254 (1936)).  "The court should use this power in its discretion to provide 'economy of time and effort for itself, for counsel, and for litigants.'" *Beltronics USA, Inc. v. Midwest Inventory Dist. LLC*, 545 F. Supp. 2d 1188, 1189 (D. Kan. 2008) (staying proceedings pending resolution of appeal to Tenth Circuit) (quoting *Landis,* 299 U.S. at 254).  "In exercising this discretion, the court 'must weigh competing interests and maintain an even balance'" and "must stay within the 'bounds of moderation' when granting a stay." *Id*. (quoting *Landis,* 299 U.S. at 255).

11. Here, economy of time and effort for the Court, for counsel, and for the parties can be best achieved by staying this case until a final decision on the proper claim construction of the '951 and/or '592 patents is reached by the Federal Circuit.

12. Notwithstanding the forgoing, in the event that neither party appeals the Commission's claim construction rulings regarding the '951 patent or the '592 patent to the Federal

Circuit, then the parties will promptly seek to lift the stay regarding this district court action.

WHEREFORE, for good cause shown, the parties respectfully request that the Court enter an order staying this case until all appeals of the '694 investigation to the Federal Circuit concerning claim construction issues have been exhausted. A proposed order is being contemporaneously submitted to chambers by counsel.

Stipulated and consented this 14th day of June, 2011 by:

| | |
|---|---|
| /s/B. Trent Webb<br>B. Trent Webb (KS Bar No. 15965)<br>  Email: bwebb@shb.com<br>Eric A. Buresh (KS Bar No. 19895)<br>  Email: eburesh@shb.com<br>Adam P. Seitz (KS Bar No. 21059)<br>  Email: aseitz@shb.com<br>Jason R. Mudd (D. Kan. No. 78267)<br>  Email: jmudd@shb.com<br>Abran J. Kean (D. Kan. No. 78266)<br>  Email: akean@shb.com<br>**SHOOK, HARDY & BACON, LLP**<br>2555 Grand Boulevard<br>Kansas City, MO  64108-2613<br>Telephone: (816) 474-6550<br><br>*Attorneys for Garmin* | /s/William B. Dyer III<br>William B. Dyer III<br>  Email: william.dyer@finnegan.com<br>Nathan A. Sloan<br>  Email: nathan.sloan@finnegan.com<br>Anita Bhushan<br>  Email: anita.bhushan@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,<br> GARRETT & DUNNER, LLP**<br>303 Peachtree Street, NE, Suite 3500<br>Atlanta, Georgia 30308-3263<br>Telephone: (404) 653-6470<br><br>Smith R. Brittingham IV<br>  Email: smith.brittingham@finnegan.com<br>Eric J. Fues<br>  Email: eric.fues@finnegan.com<br>Akira Irie<br>  Email: akira.irie@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP**<br>901 New York Avenue, N.W.<br>Washington, DC 20001<br>Telephone: (202) 408-4000<br><br>David V. Clark<br>  Email: dclark@lathropgage.com<br>Travis W. McCallon<br>  Email: tmccallon@lathropgage.com<br>**LATHROP & GAGE LLP**<br>2345 Grand Boulevard, Suite 2200<br>Kansas City, Missouri 64108-2618<br>Telephone: (816) 292-2000<br>Facsimile: (816) 292-2001<br><br>*Attorneys For Pioneer* |